**Cora HILL, Prophetess,**
**Plaintiff–Appellant,**

and

**World Deliverance Health Foundation,**
**Incorporated; Tree of Life**
**Ministries, Plaintiffs,**

v.

**AMERICAN MEDICAL ASSOCIATION;**
**American Hospital Association; U.S.**
**Department of Health & Human Services, Office of AIDS Research, Defendants–Appellees.**

**No. 01–1024.**

United States Court of Appeals,
Fourth Circuit.

Submitted March 22, 2001.

Decided March 30, 2001.

Cora Hill, pro se. Brenda Straub McClearn, Sharpless & Stavola, P.A., John Warren Stone, Jr., Assistant United States Attorney, Greensboro, NC; Robert Joseph Morris, Smith, Anderson, Blount, Dorsett, Mitchell & Jernigan, Raleigh, NC, for appellees.

Before WILKINS, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

Cora Hill appeals the magistrate judge's order dismissing two of three Defendants in this action. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1994), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1994); Fed.R.Civ.P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We grant the motion to dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*